B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gates, Maria D** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ochoa, Jose Manuel** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-5956** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-5706** |
| Street Address of Debtor (No. and Street, City, and State):<br>**105 Park Ave**<br>**Carpentersville, IL**<br>ZIP CODE **60110** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**105 Park Ave**<br>**Carpentersville, IL**<br>ZIP CODE **60110** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>**105 Park Ave**<br>**Carpentersville, IL**<br>ZIP CODE **60110** | Mailing Address of Joint Debtor (if different from street address):<br>**105 Park Ave**<br>**Carpentersville, IL**<br>ZIP CODE **60110** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

KENNETH S. GARDNER, CLERK
PS REF - MBM

F I L E D
APR - 1 2008
UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

B1 (Official Form 1) (1/08)                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Maria D Gates** **Jose Manuel Ochoa** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). **X** _____ Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s):  **Maria D Gates** |
|---|---|
| *(This page must be completed and filed in every case)* | **Jose Manuel Ochoa** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Maria Gat_
**Maria D Gates**

X _Jose m Ochoa_
**Jose Manuel Ochoa**

_224-465-4641_
Telephone Number (If not represented by attorney)

_03-14-08_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **Debtor not represented by attorney**

Bar No. _____

Phone No. _____ Fax No. _____

Date _____

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Nataliya Ripinskaya**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social-Security number (if the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

Address _____

X _V. Riy_
_3-14-08_
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Maria D Gates
Jose Manuel Ochoa**

Case No. _____

(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:    **Maria D Gates**
          **Jose Manuel Ochoa**

Case No.    _____
                              _____
                              (if known)

                Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

  ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    _Maria Gates_
                        Maria D Gates

Date:  _03-14-08_

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Maria D Gates**
**Jose Manuel Ochoa**

Case No. _____
(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.       *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Maria D Gates**
       **Jose Manuel Ochoa**

Case No. _____
                 (if known)

       Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  *Jose Manuel Ochoa*
            Jose Manuel Ochoa

Date: 03-14-08

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Maria D Gates**
 **Jose Manuel Ochoa**

Case No.

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $190,000.00 | | |
| B - Personal Property | Yes | 4 | $7,503.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $188,552.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $48,418.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,132.98 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,936.00 |
| | TOTAL | 17 | $197,503.00 | $236,970.52 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Maria D Gates**                              Case No.
       **Jose Manuel Ochoa**

Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,132.98 |
| Average Expenses (from Schedule J, Line 18) | $4,936.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $1,290.33 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $48,418.52 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $48,418.52 |

B6A (Official Form 6A) (12/07)

In re **Maria D Gates**
    **Jose Manuel Ochoa**

Case No. _____
              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Primary Residence<br>There is no equity on the house:  Client has 2 mortgages: 1st- $152,000.00<br>2nd - $38,000.00 | Mortgage | J | $152,000.00 | $150,748.00 |
| Primary Residence<br>Value included with 1st mtg | 2nd Mortgage | J | $38,000.00 | $37,804.00 |
| | | Total: | $190,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Maria D Gates**
     **Jose Manuel Ochoa**

Case No. _____
            (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | J | $153.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account | J | $50.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Kitchen appliancies | J | $150.00 |
| | | Living Room Furniture | J | $250.00 |
| | | Bedroom Furniture | J | $50.00 |
| | | Kids Furniture | J | $150.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | $200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Camcorder | J | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Maria D Gates**
     **Jose Manuel Ochoa**

Case No. _____
                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Maria D Gates**                                        Case No. _____
      **Jose Manuel Ochoa**                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 2

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  **Maria D Gates**                                    Case No. _____
       **Jose Manuel Ochoa**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Cadillac 1991- car was reposessed- had loan with Corporate America Family Credit Union | J | $0.00 |
| | | Dodge RAM Truck 1998- surrendering | J | $6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | J | $250.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | J | $50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Yard Equipment | J | $100.00 |

_____3_____ continuation sheets attached                Total >    $7,503.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Maria D Gates**                                    Case No. _____
       **Jose Manuel Ochoa**                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Primary Residence<br>There is no equity on the house:  Client has 2 mortgages: 1st- $152,000.00<br>2nd - $38,000.00 | 735 ILCS 5/12-901 | $1,252.00 | $152,000.00 |
| Primary Residence<br>Value included with 1st mtg | 735 ILCS 5/12-901 | $196.00 | $38,000.00 |
| Checking account | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| Kitchen appliancies | 735 ILCS 5/12-1001(b) | $150.00 | $150.00 |
| Living Room Furniture | 735 ILCS 5/2-1403 | $250.00 | $250.00 |
| Bedroom Furniture | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| Kids Furniture | 735 ILCS 5/12-1001(b) | $150.00 | $150.00 |
| Clothing | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |
| Camcorder | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Computer | 735 ILCS 5/12-1001(b) | $250.00 | $250.00 |
| Dog | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| Yard Equipment | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| | | $2,798.00 | $191,350.00 |

B6D (Official Form 6D) (12/07)

In re **Maria D Gates**                                    Case No. _____
**Jose Manuel Ochoa**                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx6913<br><br>**Litton Loan Servicing**<br>P.O. Box 4387<br>Houston, TX 77210-4387 | | J | DATE INCURRED:   06/2006<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**House**<br>REMARKS:<br><br><br>VALUE:          $152,000.00 | | | | $150,748.00 | |
| ACCT #: xxxxxx8990<br><br>**Litton Loan Servicing**<br>P.O.Box 4387<br>Houston, TX 77210-4387 | | J | DATE INCURRED:   06/2006<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**House**<br>REMARKS:<br><br><br>VALUE:          $38,000.00 | | | | $37,804.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $188,552.00 | $0.00 |
| | | | Total (Use only on last page) > | | | | $188,552.00 | $0.00 |

___**No**___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Maria D Gates**
    **Jose Manuel Ochoa**

Case No. _____
                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Maria D Gates**                                                        Case No. _____
       **Jose Manuel Ochoa**                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx7194<br>**ADT Security Services**<br>PO Box 650485<br>Dallas, TX 75265-0485 | | W | DATE INCURRED:  05/04/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $60.00 |
| ACCT #:  x-xxxx-xxx0909<br>**Allied Waste Services**<br>P.O. Box 9001154<br>Louisville, KY 40290-1154 | | J | DATE INCURRED:  8/15/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $108.00 |
| ACCT #:  xxxxx2328<br>**AMCORE BANK NA**<br>501 7TH ST<br>ROCKFORD, IL 61104 | | J | DATE INCURRED:  03/2007<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | X | $203.00 |
| ACCT #:  xxxx xxxx xxxx 5290<br>**Bankcard Services**<br>PO Box 4477<br>Beaverton, OR 97076-4477 | | W | DATE INCURRED:  10/01/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $593.00 |
| ACCT #:  xxxx xxxx xxxx 3457<br>**Chase**<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | J | DATE INCURRED:  10/05/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $571.00 |
| ACCT #:<br>**Chase**<br>800 Brooksedg Blvd<br>Westerville, OH 43081 | | J | DATE INCURRED:  09/2006<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | X | $200.00 |

Subtotal >  $1,735.00

____4____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marla D Gates**                                      Case No. _____
       **Jose Manuel Ochoa**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx xx xxx xxx6806<br>**Comcast Cable**<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | W | DATE INCURRED: 11/01/07<br>CONSIDERATION:<br>Collecting for - Comcast<br>REMARKS: | | | X | $163.00 |
| ACCT #:  xxxxxx9057<br>**Comed**<br>Bill Payment Center<br>Chicago, IL 60668-0002 | | W | DATE INCURRED: 10/18/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $471.00 |
| ACCT #:  xxx4901<br>**Consumer Financial Services**<br>1052 Dundee Rd<br>Elgin, IL 60120 | | W | DATE INCURRED: 07/01/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $7,258.00 |
| ACCT #:  xxx7001<br>**Consumer Financial Services**<br>1052 Dundee Rd<br>Elgin, IL 60120 | | H | DATE INCURRED: 06/01/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $917.00 |
| ACCT #:  143<br>**Corporate America Family Credit Union**<br>2075 Big Timber Road<br>Elgin, IL 60123 | | W | DATE INCURRED: 11/01/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS:<br>Car loan | | | X | $6,182.00 |
| ACCT #:  144<br>**Corporate America Family Credit Union**<br>2075 Big Timber Road<br>Elgin, IL 60123 | | W | DATE INCURRED: 11/30/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS:<br>Car loan - 1998 Dodge | | | X | $2,821.00 |

Sheet no. ___1___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     | $17,812.00 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Maria D Gates**                                    Case No. _____
        **Jose Manuel Ochoa**                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx5246<br>Creditors Collection<br>PO Box 63<br>151 N Schuyler Ave<br>Kankakee, IL 60901 | | J | DATE INCURRED:   01/2007<br>CONSIDERATION:<br>**Medical Collection**<br>REMARKS: | | | X | $477.00 |
| ACCT #:  xxx7005<br>Elgin Community College<br>1700 Spartan Drive<br>Elgin, IL 60123 | | W | DATE INCURRED:   10/17/07<br>CONSIDERATION:<br>**Collecting**<br>REMARKS: | | | X | $686.00 |
| ACCT #:  1<br>Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123 | | W | DATE INCURRED:   09/25/07<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $850.00 |
| ACCT #:  5547<br>Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123 | | H | DATE INCURRED:   08/25/07<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $600.00 |
| ACCT #:  xxxxx6248<br>GC Services Limited Partnership<br>PO Box 95366<br>Atlanta, GA 30347 | | W | DATE INCURRED:   09/24/07<br>CONSIDERATION:<br>**Collecting for - Sprint**<br>REMARKS: | | | X | $790.00 |
| ACCT #:  xxxxx7826<br>GC Services Limited Partnership<br>PO Box 95366<br>Atlanta, GA 30347 | | J | DATE INCURRED:   05/2007<br>CONSIDERATION:<br>**Collecting for - SPRINT**<br>REMARKS: | | | X | $691.00 |

Sheet no. ___2___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,094.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marla D Gates**                                                    Case No. _____
      **Jose Manuel Ochoa**                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x829S<br>Hollywood Corp<br>633 E Chicago St<br>Elgin, IL 60110 | | W | DATE INCURRED:  03/18/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $1,000.00 |
| ACCT #:  xxxx-xxxx-xxxx-0862<br>HSBC Card Services<br>PO BOX 17051<br>Baltimore, MD 21297-1051 | | J | DATE INCURRED:  09/13/07<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | X | $478.27 |
| ACCT #:  xxxx xxxx xxxx 8216<br>HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037 | | H | DATE INCURRED:  10/16/07<br>CONSIDERATION:<br>Collecting<br>REMARKS: | | | X | $2,047.00 |
| ACCT #:  xxxx xxxx xxxx 8950<br>HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037 | | W | DATE INCURRED:  10/16/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $4,876.00 |
| ACCT #:  xx6O4M<br>NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | W | DATE INCURRED:  10/02/07<br>CONSIDERATION:<br>Collecting for - Nicor Advanced Energy LLC<br>REMARKS: | | | X | $671.61 |
| ACCT #:  xxx0244<br>NCO Financial Systems, Inc<br>1804 Washington Blvd<br>Baltimore, MD 21230 | | W | DATE INCURRED:  10/03/07<br>CONSIDERATION:<br>Collecting for - DS Water of America, LP<br>REMARKS: | | | X | $407.64 |

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal >   $9,480.52

                        Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marla D Gates**                    Case No. _____
        **Jose Manuel Ochoa**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx2466 <br> Omnium  Worldwide, Inc. <br> 7171 Mercy Road <br> Omaha, NE 68106 | | W | DATE INCURRED:  08/20/07 <br> CONSIDERATION: <br> Collecting for - AT & T <br> REMARKS: | | | X | $484.82 |
| ACCT #:  xxxxxxxx6367 <br> Omnium  Worldwide, Inc. <br> 7171 Mercy Road <br> Omaha, NE 68106 | | H | DATE INCURRED:  06/15/07 <br> CONSIDERATION: <br> Collecting for - AT&T <br> REMARKS: | | | X | $487.78 |
| ACCT #:  xxx xx xxx7 OCH <br> Prime Acceptance Corp <br> PO Box 6462 <br> Chicago, IL 60680 | | H | DATE INCURRED:  11/02/07 <br> CONSIDERATION: <br> Collecting for - <br> REMARKS: | | | X | $8,363.00 |
| ACCT #:  xxxxx-x7231 <br> Silverleaf Resourts, Inc <br> PO Box 358 <br> Dallas, TX 75221-0358 | | J | DATE INCURRED:  04/02/05 <br> CONSIDERATION: <br> Collecting for - <br> REMARKS: <br> Don`t want to keep | | | X | $5,610.00 |
| ACCT #:  969 <br> Syed S Asghar M.D. <br> 80 North Virginia, Ste A <br> Crystal Lake, IL 60014-4158 | | H | DATE INCURRED:  09/22/07 <br> CONSIDERATION: <br> Collecting for <br> REMARKS: | | | X | $38.40 |
| ACCT #:  xxxxx3500 <br> T Mobile <br> PO Box 742596 <br> Cincinnati, OH 45274-2596 | | W | DATE INCURRED:  10/25/07 <br> CONSIDERATION: <br> Collecting for - <br> REMARKS: | | | X | $313.00 |

Sheet no. ___4___ of ___4___ continuation sheets attached to                          Subtotal >   | $15,297.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >   | $48,418.52 |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Maria D Gates**                                          Case No. _____
       **Jose Manuel Ochoa**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Marla D Gates**                                    Case No. _____
    **Jose Manuel Ochoa**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Maria D Gates**                                              Case No. _____
    **Jose Manuel Ochoa**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Son<br>Daughter<br>Son<br>Son | Age(s): 16<br>15<br>12<br>11<br>13 | Relationship(s): Daughter<br>Daughter | Age(s): 4<br>7 |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Machine Operator | Welder |
| Name of Employer | Acme Industrial Company | Agency Staffing |
| How Long Employed | 1 year 7 months | 3 MONTHS |
| Address of Employer | 441 Maple Ave<br>Carpentersville, IL 60110 | 1400 S Route 31<br>McHenry, IL 60050 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,513.33 | $1,720.33 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $2,513.33 | $1,720.33 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $346.67 | $17.33 |
| | b. Social Security Tax | $177.67 | $0.00 |
| | c. Medicare | $39.00 | $0.00 |
| | d. Insurance | $86.67 | $0.00 |
| | e. Union dues | $73.67 | $0.00 |
| | f. Retirement          401k | $130.00 | $0.00 |
| | g. Other (Specify)  UNINS                          / FICA/Hosp Tax Withheld | $60.67 | $130.00 |
| | h. Other (Specify)  UNWAY                        / State Income Tax | $4.33 | $34.67 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $918.68 | $182.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $1,594.65 | $1,538.33 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. _____ | $0.00 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $1,594.65 | $1,538.33 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $3,132.98 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Maria D Gates**
        **Jose Manuel Ochoa**

Case No. _____
                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,260.00 |
|     a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|     b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $80.00 |
|              b. Water and sewer | |
|              c. Telephone | $80.00 |
|              d. Other:  total utilities | $240.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $1,000.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $100.00 |
| 7. Medical and dental expenses | $25.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | $30.00 |
|         c. Health | |
|         d. Auto | $100.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto:   car payment | $238.00 |
|         b. Other:  car payment | $158.00 |
|         c. Other:  child care | $200.00 |
|         d. Other:  medical co-payment | $25.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,936.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,132.98 |
| b. Average monthly expenses from Line 18 above | $4,936.00 |
| c. Monthly net income (a. minus b.) | ($1,803.02) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Maria D Gates**                                               Case No. _____
       **Jose Manuel Ochoa**                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _03-14-08_____      Signature  _Maria Gat_____
                                               **Maria D Gates**

Date  _03-14-08_____      Signature  _____
                                               **Jose Manuel Ochoa**
                                    [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Nataliya Ripinskaya, Preparer**_____      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_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No.
                                                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the*
*officer, principal, responsible person, or partner who signs this document.*

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

_____                  _3-14-08_____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for*
*each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may*
*result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or*
*both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Maria D Gates**<br>**Jose Manuel Ochoa**<br>**105 Park Ave**<br>**Carpentersville, IL 60110**<br>**Debtor(s) in pro per** | |

| In re: | CASE NO.: |
|---|---|
| **Maria D Gates**<br>**Jose Manuel Ochoa** | CHAPTER:  **7** |
| | Debtor Address:<br>**105 Park Ave**<br>**Carpentersville, IL 60110** |

| Social Security Number:  **xxx-xx-5956      xxx-xx-5706** | Employer's Tax I.D. Number: |
|---|---|

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept          **$269.90**

   Prior to the filing of this statement I have received          **$269.90**

   Balance Due          **$0.00**

2. I have prepared or caused to be prepared the following documents (itemize):

   and provided the following services (itemize):
   **Software ($200.00), Credit Report ($19.90),Typing ($50.00)**

3. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   <u>Name</u>                                                                 <u>SSN</u>

| In re: **Marla D Gates** | CASE NUMBER: |
| **Jose Manuel Ochoa** | CHAPTER:     **7** |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____       __**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**__       *3-14-08*
                Signature                    Social Security Number          Date

Name (Print):   **Nataliya Ripinskaya**

Address:       **15028 South Cicero Ave**
               **Suite B**
               **Oak Forest, IL 60452**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Maria D Gates**
**Jose Manuel Ochoa**

CASE NO

CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___03 - 14 - 08___          Signature _____
                                           *Maria D Gates*

Date ___03 - 14 - 08___          Signature _____
                                           *Jose Manuel Ochoa*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Maria D Gates**
**Jose Manuel Ochoa**

Case No.   _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $670.00 | Per week from Acme Industrial Company |
| $397.00 | Agency Staffing |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| none | |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| ADT Security Services<br>PO Box 650485<br>Dallas, TX 75265-0485 | Last payment was made 3/1/07 | | $60.00 |
| Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123 | Last payment - 8/25/07 | | $600.00 |
| Corporate America Family Credit Union<br>2075 Big Timber Road<br>Elgin, IL 60123 | Last payment was made 04/01/07 | | $6182.00 |
| Corporate America Family Credit Union<br>2075 Big Timber Road<br>Elgin, IL 60123 | 09/01/07 | | $2821.00 |
| Elgin Community College<br>1700 Spartan Drive<br>Elgin, IL 60123 | 10/17/07 | | $686.00 |
| Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123 | 02/24/07 | | $850.00 |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Maria D Gates**                                      Case No. _____
        **Jose Manuel Ochoa**                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | |
|---|---|---|
| Silverleaf Resourts, Inc<br>PO Box 358<br>Dallas, TX 75221-0358 | 04/02/05 | $5,610.00 |
| Consumer Financial Services<br>1052 Dundee Rd<br>Elgin, IL 60120 | 10/04/07 | $7,258.00 |
| Consumer Financial Services<br>1052 Dundee Rd<br>Elgin, IL 60120 | 10/26/07 | $917.00 |
| Allied Waste Services<br>P.O. Box 9001154<br>Louisville, KY 40290-1154 | 10/24/07 | $108.00 |
| Omnium Worldwide, Inc.<br>7171 Mercy Road<br>Omaha, NE 68106 | 8/20/07 | $484.82 |
| Omnium Worldwide, Inc.<br>7171 Mercy Road<br>Omaha, NE 68106 | 6/15/07 | $487.78 |
| NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044 | 10/02/07 | $671.61 |
| NCO Financial Systems, Inc<br>1804 Washington Blvd<br>Baltimore, MD 21230 | 10/03/07 | $407.64 |
| Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | 09/01/07 | $163.00 |
| HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037 | 10/16/07 | $2,047.00 |
| HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037 | 10/16/07 | $4,876.00 |
| HSBC CARD SERVICES<br>PO BOX 17051<br>BALTIMORE, MD 21297-1051 | 11/05/07 | $478.27 |
| Hollywood Corp<br>633 E Chicago St<br>Elgin, IL 60110 | 03/18/2007 | $1,000.00 |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Maria D Gates**
      **Jose Manuel Ochoa**

Case No. _____

               (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | |
|---|---|---|
| **Chase**<br>PO Box 15153<br>Wilmington, DE 19886-5153 | 10/25/07 | $526.00 |
| **Bankcard Services**<br>PO Box 4477<br>Beaverton, OR 97076-4477 | 10/01/07 | $593.00 |
| **GC Services Limited Partnership**<br>PO Box 95366<br>Atlanta, GA 30347 | 09/24/2007 | $790.00 |
| **Syed S Asghar M.D.**<br>80 North Virginia, Ste A<br>Crystal Lake, IL 60014-4158 | 09/22/07 | $38.40 |
| **Comed**<br>Bill Payment Center<br>Chicago, IL 60668-0002 | 10/18/07 | $471.00 |
| **T Mobile**<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | 11/25/07 | $313.00 |
| **Prime Acceptance Corp**<br>PO Box 6462<br>Chicago, IL 60680 | 11/02/07 | $8,363.00 |
| **Litton Loan Servicing**<br>P.O. Box 4387<br>Houston, TX 77210-4387 | 09/01/07 | $150,748.00 |
| **Litton Loan Servicing**<br>P.O.Box 4387<br>Houston, TX 77210-4387 | 09/01/07 | $37,804.00 |
| **AMCORE BANK NA**<br>501 7TH ST<br>ROCKFORD, IL 61104 | 03/2007 | $203.00 |
| **Chase**<br>800 Brooksedg Blvd<br>Westerville, OH 43081 | 09/2006 | $200.00 |
| **Creditors Collection**<br>PO Box 63<br>151 N Schuyler Ave<br>Kankakee, IL 60901 | 01/2007 | $477.00 |

None ☑   b. Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re: **Maria D Gates**
        **Jose Manuel Ochoa**

Case No. _____
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑ c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑ a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Corporate America Family Credit Union** **2075 Big Timber Road** **Elgin, IL 60123** | **December 2007** | **Cadillac 1991; value $800.00** |

---

### 6. Assignments and receiverships

None
☑ a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Maria D Gates
Jose Manuel Ochoa**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**9. Payments related to debt counseling or bankruptcy**

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:  **Maria D Gates**                                    Case No. _____
          **Jose Manuel Ochoa**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None ☑  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Maria D Gates**
      **Jose Manuel Ochoa**

Case No. _____
                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☑    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Maria D Gates**
         **Jose Manuel Ochoa**

Case No. _____
                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _03 - 14 - 08_____

Signature
of Debtor   **Maria D Gates**

Date  _03 - 14 - 08_____

Signature
of Joint Debtor  **Jose Manuel Ochoa**
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Maria D Gates**
         **Jose Manuel Ochoa**

Case No. _____
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Nataliya Ripinskaya, Preparer**                                    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
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

_____              3-14-08
Signature of Bankruptcy Petition Preparer      Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Maria D Gates**
**Jose Manuel Ochoa**

CASE NO

CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Collecting for - | ADT Security Services<br>PO Box 650485<br>Dallas, TX 75265-0485<br>xxx7194 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Allied Waste Services<br>P.O. Box 9001154<br>Louisville, KY 40290-1154<br>x-xxxx-xxx0909 | ☐ | ☑ | ☐ | ☐ |
| Credit Card | AMCORE BANK NA<br>501 7TH ST<br>ROCKFORD, IL 61104<br>xxxxxx2328 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Bankcard Services<br>PO Box 4477<br>Beaverton, OR 97076-4477<br>xxxx xxxx xxxx 5290 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxx xxxx xxxx 3457 | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Chase<br>800 Brooksedg Blvd<br>Westerville, OH 43081 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Comcast | Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002<br>xxxx xx xxx xxx6806 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Comed<br>Bill Payment Center<br>Chicago, IL 60668-0002<br>xxxxxx9057 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Maria D Gates**
 **Jose Manuel Ochoa**

CASE NO

CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| | | | | | |
|---|---|---|---|---|---|
| Collecting for - | Consumer Financial Services<br>1052 Dundee Rd<br>Elgin, IL 60120<br>xxx4901 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Consumer Financial Services<br>1052 Dundee Rd<br>Elgin, IL 60120<br>xxx7001 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Corporate America Family Credit Union<br>2075 Big Timber Road<br>Elgin, IL 60123<br>143 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Corporate America Family Credit Union<br>2075 Big Timber Road<br>Elgin, IL 60123<br>144 | ☐ | ☑ | ☐ | ☐ |
| Medical Collection | Creditors Collection<br>PO Box 63<br>151 N Schuyler Ave<br>Kankakee, IL 60901<br>xxx5246 | ☐ | ☑ | ☐ | ☐ |
| Collecting | Elgin Community College<br>1700 Spartan Drive<br>Elgin, IL 60123<br>xxx7005 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123<br>1 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123<br>5547 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Sprint | GC Services Limited Partnership<br>PO Box 95366<br>Atlanta, GA 30347<br>xxxxx6248 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - SPRINT | GC Services Limited Partnership<br>PO Box 95366<br>Atlanta, GA 30347<br>xxxxx7826 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Maria D Gates**
      **Jose Manuel Ochoa**

CASE NO

CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| | | | | | |
|---|---|---|---|---|---|
| Collecting for - | Hollywood Corp<br>633 E Chicago St<br>Elgin, IL 60110<br>x829S | ☐ | ☑ | ☐ | ☐ |
| Credit Card | HSBC Card Services<br>PO BOX 17051<br>Baltimore, MD 21297-1051<br>xxxx-xxxx-xxxx-0862 | ☐ | ☑ | ☐ | ☐ |
| Collecting | HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037<br>xxxx xxxx xxxx 8216 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037<br>xxxx xxxx xxxx 8950 | ☐ | ☑ | ☐ | ☐ |
| House | Litton Loan Servicing<br>P.O. Box 4387<br>Houston, TX 77210-4387<br>xxxx6913 | ☐ | ☐ | ☐ | ☑ |
| | Debt will be reaffirmed for fair market value. | | | | |
| House | Litton Loan Servicing<br>P.O.Box 4387<br>Houston, TX 77210-4387<br>xxxxxx8990 | ☐ | ☐ | ☐ | ☑ |
| | Debt will be reaffirmed for fair market value. | | | | |
| Collecting for - Nicor Advanced Energy LLC | NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044<br>xx6O4M | ☐ | ☑ | ☐ | ☐ |
| Collecting for - DS Water of America, LP | NCO Financial Systems, Inc<br>1804 Washington Blvd<br>Baltimore, MD 21230<br>xxx0244 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - AT & T | Omnium  Worldwide, Inc.<br>7171 Mercy Road<br>Omaha, NE 68106<br>xxxxx2466 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - AT&T | Omnium  Worldwide, Inc.<br>7171 Mercy Road<br>Omaha, NE 68106<br>xxxxxxxx6367 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Maria D Gates**
        **Jose Manuel Ochoa**

CASE NO

CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| | | | | | |
|---|---|---|---|---|---|
| Collecting for - | Prime Acceptance Corp<br>PO Box 6462<br>Chicago, IL 60680<br>xxx xx xxx7 OCH | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Silverleaf Resourts, Inc<br>PO Box 358<br>Dallas, TX 75221-0358<br>xxxxx-x7231 | ☐ | ☑ | ☐ | ☐ |
| Collecting for | Syed S Asghar M.D.<br>80 North Virginia, Ste A<br>Crystal Lake, IL 60014-4158<br>969 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | T Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596<br>xxxxx3500 | ☐ | ☑ | ☐ | ☐ |

| Description<br>of Leased<br>Property | Lessor's<br>Name | Lease will be<br>assumed pursuant<br>to 11 U.S.C.<br>§ 362(h)(1)(A) |
|---|---|---|
| **None** | | |

Date  _03-14-08_

Signature _Maria Gat_
**Maria D Gates**

Date  _03-14-08_

Signature _Jose Manuel Ochoa_
**Jose Manuel Ochoa**

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Maria D Gates**                                      CASE NO
         **Jose Manuel Ochoa**

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required un 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

**Nataliya Ripinskaya**                                    **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**

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

_____            3-14-08
Signature of Bankruptcy Petition Preparer           Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  **Marla D Gates**
        **Jose Manuel Ochoa**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| N/A | Real Property. | $190,000.00 | $188,552.00 | $1,448.00 | $1,448.00 | $0.00 |
| 1. | Cash on hand. | $153.00 | $0.00 | $153.00 | $0.00 | $153.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 7. | Furs and jewelry. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  **Maria D Gates**
**Jose Manuel Ochoa**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| | **TOTALS:** | **$191,503.00** | **$188,552.00** | **$2,951.00** | **$2,798.00** | **$153.00** |

### Surrendered Property:

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| Cadillac 1991- car was reposessed- had loan with Corporate America Family | $0.00 | | $0.00 |
| Dodge RAM Truck 1998- surrendering | $6,000.00 | $6,000.00 | $0.00 |
| **TOTALS:** | **$6,000.00** | **$6,000.00** | **$0.00** |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Maria D Gates**                                    CASE NO
        **Jose Manuel Ochoa**
                                                             CHAPTER   7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Cash | $153.00 | | $153.00 | $153.00 |
| **TOTALS:** | $153.00 | $0.00 | $153.00 | $153.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $191,503.00 |
| B. Gross Property Value of Surrendered Property | $6,000.00 |
| C. Total Gross Property Value (A+B) | $197,503.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $188,552.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $6,000.00 |
| F. Total Gross Encumbrances (D+E) | $194,552.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $2,951.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $2,951.00 |
| J. Total Exemptions Claimed | $2,798.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $153.00 |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

*Superior*
*15028 South Cicero Ave*
*Suite B*
*Oak Forest, IL 60452*
*(708) 687-8470*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                              Case No.:
**Marla D Gates**                    SSN: __xxx-xx-5956__
**Jose Manuel Ochoa**                SSN: __xxx-xx-5706__
Debtor(s)
                          **Numbered Listing of Creditors**
Address:
**105 Park Ave**                     Chapter:    7
**Carpentersville, IL 60110**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  ADT Security Services<br>PO Box 650485<br>Dallas, TX 75265-0485<br>xxx7194 | Unsecured Claim | $60.00 |
| 2.  Allied Waste Services<br>P.O. Box 9001154<br>Louisville, KY 40290-1154<br>x-xxxx-xxx0909 | Unsecured Claim | $108.00 |
| 3.  AMCORE BANK NA<br>501 7TH ST<br>ROCKFORD, IL 61104<br>xxxxxx2328 | Unsecured Claim | $203.00 |
| 4.  Bankcard Services<br>PO Box 4477<br>Beaverton, OR 97076-4477<br>xxxx xxxx xxxx 5290 | Unsecured Claim | $593.00 |
| 5.  Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxx xxxx xxxx 3457 | Unsecured Claim | $571.00 |
| 6.  Chase<br>800 Brooksedg Blvd<br>Westerville, OH 43081 | Unsecured Claim | $200.00 |

in re:   **Marla D Gates**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002<br>xxxx xx xxx xxx6806 | Unsecured Claim | $163.00 |
| 8.  Comed<br>Bill Payment Center<br>Chicago, IL 60668-0002<br>xxxxxx9057 | Unsecured Claim | $471.00 |
| 9.  Consumer Financial Services<br>1052 Dundee Rd<br>Elgin, IL 60120<br>xxx4901 | Unsecured Claim | $7,258.00 |
| 10.  Consumer Financial Services<br>1052 Dundee Rd<br>Elgin, IL 60120<br>xxx7001 | Unsecured Claim | $917.00 |
| 11.  Corporate America Family Credit Union<br>2075 Big Timber Road<br>Elgin, IL 60123<br>143 | Unsecured Claim | $6,182.00 |
| 12.  Corporate America Family Credit Union<br>2075 Big Timber Road<br>Elgin, IL 60123<br>144 | Unsecured Claim | $2,821.00 |
| 13.  Creditors Collection<br>PO Box 63<br>151 N Schuyler Ave<br>Kankakee, IL 60901<br>xxx5246 | Unsecured Claim | $477.00 |
| 14.  Elgin Community College<br>1700 Spartan Drive<br>Elgin, IL 60123<br>xxx7005 | Unsecured Claim | $686.00 |
| 15.  Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123<br>1 | Unsecured Claim | $850.00 |

in re:   **Maria D Gates**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16. Fast Cash in a Flash, Inc<br>962 N McLean Blvd<br>Elgin, IL 60123<br>5547 | Unsecured Claim | $600.00 |
| 17. GC Services Limited Partnership<br>PO Box 95366<br>Atlanta, GA 30347<br>xxxxx6248 | Unsecured Claim | $790.00 |
| 18. GC Services Limited Partnership<br>PO Box 95366<br>Atlanta, GA 30347<br>xxxxx7826 | Unsecured Claim | $691.00 |
| 19. Hollywood Corp<br>633 E Chicago St<br>Elgin, IL 60110<br>x829S | Unsecured Claim | $1,000.00 |
| 20. HSBC Card Services<br>PO BOX 17051<br>Baltimore, MD 21297-1051<br>xxxx-xxxx-xxxx-0862 | Unsecured Claim | $478.27 |
| 21. HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037<br>xxxx xxxx xxxx 8216 | Unsecured Claim | $2,047.00 |
| 22. HSBC TAXPAYER FIN SVCS INC<br>PO BOX 17037<br>Baltimore, MD 21297-1037<br>xxxx xxxx xxxx 8950 | Unsecured Claim | $4,876.00 |
| 23. Litton Loan Servicing<br>P.O. Box 4387<br>Houston, TX 77210-4387<br>xxxx6913 | Secured Claim | $150,748.00 |
| 24. Litton Loan Servicing<br>P.O.Box 4387<br>Houston, TX 77210-4387<br>xxxxxx8990 | Secured Claim | $37,804.00 |

in re:  **Maria D Gates**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.  NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044<br>xx6O4M | Unsecured Claim | $671.61 |
| 26.  NCO Financial Systems, Inc<br>1804 Washington Blvd<br>Baltimore, MD 21230<br>xxx0244 | Unsecured Claim | $407.64 |
| 27.  Omnium Worldwide, Inc.<br>7171 Mercy Road<br>Omaha, NE 68106<br>xxxxx2466 | Unsecured Claim | $484.82 |
| 28.  Omnium Worldwide, Inc.<br>7171 Mercy Road<br>Omaha, NE 68106<br>xxxxxxxx6367 | Unsecured Claim | $487.78 |
| 29.  Prime Acceptance Corp<br>PO Box 6462<br>Chicago, IL 60680<br>xxx xx xxx7 OCH | Unsecured Claim | $8,363.00 |
| 30.  Silverleaf Resourts, Inc<br>PO Box 358<br>Dallas, TX 75221-0358<br>xxxxx-x7231 | Unsecured Claim | $5,610.00 |
| 31.  Syed S Asghar M.D.<br>80 North Virginia, Ste A<br>Crystal Lake, IL 60014-4158<br>969 | Unsecured Claim | $38.40 |
| 32.  T Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596<br>xxxxx3500 | Unsecured Claim | $313.00 |

in re:   **Maria D Gates**
_____        _____
                                    Debtor                                        Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Maria D Gates**
_____ ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___5___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: _____     Date: _03-14-08_
        **Maria D Gates**


Spouse: _____     Date _03-14-08_
        **Jose Manuel Ochoa**

_____

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

_Nataliya Ripinskaya, preparer_                    _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_
Printed or Typed Name of Bankruptcy Petition Preparer              Social Security Number

_15028 South Cicero Ave, #B_
_Oak Forest, IL 60452_
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Forms for each person.

Debtor(s):  Maria D Gates
            Jose Manuel Ochoa

Case No.
Chapter 7

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

ADT Security Services
PO Box 650485
Dallas, TX 75265-0485

Creditors Collection
PO Box 63
151 N Schuyler Ave
Kankakee, IL 60901

NCO Financial Systems, Inc
1804 Washington Blvd
Baltimore, MD 21230


Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154

Elgin Community College
1700 Spartan Drive
Elgin, IL 60123

Omnium  Worldwide, Inc.
7171 Mercy Road
Omaha, NE 68106


AMCORE BANK NA
501 7TH ST
ROCKFORD, IL 61104

Fast Cash in a Flash, Inc
962 N McLean Blvd
Elgin, IL 60123

Prime Acceptance Corp
PO Box 6462
Chicago, IL 60680


Bankcard Services
PO Box 4477
Beaverton, OR 97076-4477

GC Services Limited Partnership
PO Box 95366
Atlanta, GA 30347

Silverleaf Resourts, Inc
PO Box 358
Dallas, TX 75221-0358


Chase
PO Box 15153
Wilmington, DE 19886-5153

Hollywood Corp
633 E Chicago St
Elgin, IL 60110

Syed S Asghar M.D.
80 North Virginia, Ste A
Crystal Lake, IL 60014-4158


Chase
800 Brooksedg Blvd
Westerville, OH 43081

HSBC Card Services
PO BOX 17051
Baltimore, MD 21297-1051

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

HSBC TAXPAYER FIN SVCS INC
PO BOX 17037
Baltimore, MD 21297-1037


Comed
Bill Payment Center
Chicago, IL 60668-0002

Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210-4387


Consumer Financial Services
1052 Dundee Rd
Elgin, IL 60120

Litton Loan Servicing
P.O.Box 4387
Houston, TX 77210-4387


Corporate America Family Credit
2075 Big Timber Road
Elgin, IL 60123

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044

ADT Security Services
PO Box 650485
Dallas, TX 75265-0485


Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154


AMCORE BANK NA
501 7TH ST
ROCKFORD, IL 61104


Bankcard Services
PO Box 4477
Beaverton, OR 97076-4477


Chase
PO Box 15153
Wilmington, DE 19886-5153


Chase
800 Brooksedg Blvd
Westerville, OH 43081


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


Comed
Bill Payment Center
Chicago, IL 60668-0002


Consumer Financial Services
1052 Dundee Rd
Elgin, IL 60120

Corporate America Family Credit Union
2075 Big Timber Road
Elgin, IL 60123


Creditors Collection
PO Box 63
151 N Schuyler Ave
Kankakee, IL 60901


Elgin Community College
1700 Spartan Drive
Elgin, IL 60123


Fast Cash in a Flash, Inc
962 N McLean Blvd
Elgin, IL 60123


GC Services Limited Partnership
PO Box 95366
Atlanta, GA 30347


Hollywood Corp
633 E Chicago St
Elgin, IL 60110


HSBC Card Services
PO BOX 17051
Baltimore, MD 21297-1051


HSBC TAXPAYER FIN SVCS INC
PO BOX 17037
Baltimore, MD 21297-1037


Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210-4387

Litton Loan Servicing
P.O.Box 4387
Houston, TX 77210-4387


NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc
1804 Washington Blvd
Baltimore, MD 21230


Omnium  Worldwide, Inc.
7171 Mercy Road
Omaha, NE 68106


Prime Acceptance Corp
PO Box 6462
Chicago, IL 60680


Silverleaf Resourts, Inc
PO Box 358
Dallas, TX 75221-0358


Syed S Asghar M.D.
80 North Virginia, Ste A
Crystal Lake, IL 60014-4158


T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

ADT Security Services
PO Box 650485
Dallas, TX 75265-0485

Creditors Collection
PO Box 63
151 N Schuyler Ave
Kankakee, IL 60901

NCO Financial Systems, Inc
1804 Washington Blvd
Baltimore, MD 21230

Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154

Elgin Community College
1700 Spartan Drive
Elgin, IL 60123

Omnium  Worldwide, Inc.
7171 Mercy Road
Omaha, NE 68106

AMCORE BANK NA
501 7TH ST
ROCKFORD, IL 61104

Fast Cash in a Flash, Inc
962 N McLean Blvd
Elgin, IL 60123

Prime Acceptance Corp
PO Box 6462
Chicago, IL 60680

Bankcard Services
PO Box 4477
Beaverton, OR 97076-4477

GC Services Limited
Partnership
PO Box 95366
Atlanta, GA 30347

Silverleaf Resourts, Inc
PO Box 358
Dallas, TX 75221-0358

Chase
PO Box 15153
Wilmington, DE 19886-5153

Hollywood Corp
633 E Chicago St
Elgin, IL 60110

Syed S Asghar M.D.
80 North Virginia, Ste A
Crystal Lake, IL 60014-4158

Chase
800 Brooksedg Blvd
Westerville, OH 43081

HSBC Card Services
PO BOX 17051
Baltimore, MD 21297-1051

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

HSBC TAXPAYER FIN SVCS INC
PO BOX 17037
Baltimore, MD 21297-1037

Comed
Bill Payment Center
Chicago, IL 60668-0002

Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210-4387

Consumer Financial Services
1052 Dundee Rd
Elgin, IL 60120

Litton Loan Servicing
P.O.Box 4387
Houston, TX 77210-4387

Corporate America Family
Credit Union
2075 Big Timber Road
Elgin, IL 60123

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044

## Current Monthly Income Calculation Details

In re: **Maria D Gates**
      **Jose Manuel Ochoa**

Case Number:
Chapter:      **7**

**3.    Gross wages, salary, tips, bonuses, overtime commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Acme Industrial Company** | | | | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $2,010.00 | $3,350.00 | **$893.33** |
| **Spouse** | **Agency Staffing** | | | | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $397.00 | $1,985.00 | **$397.00** |

## Underlying Allowances

In re: **Maria D Gates**
　　　　**Jose Manuel Ochoa**

Case Number:
Chapter:　　**7**

| Median Income Information | |
|---|---|
| State of Residence | **Illinois** |
| Household Size | **7** |
| Median Income per Census Bureau Data | **$77,634.00 + (3 x $6,900.00) = $98,334.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **7** |
| Gross Monthly Income | **$1,290.33** |
| Income Level | **Not Applicable** |
| Food | **$737.00** |
| Housekeeping Supplies | **$72.00** |
| Apparel and Services | **$239.00** |
| Personal Care Products and Services | **$64.00** |
| Miscellaneous | **$219.00** |
| Additional Allowance for Family Size Greater Than 4 | **$738.00** |
| Total | **$2,069.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$54.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$144.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$0.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Illinois** |
| County or City Name | **Kane County** |
| Family Size | **Family of 5 or more** |
| Non-Mortgage Expenses | **$565.00** |
| Mortgage/Rent Expense Allowance | **$1,460.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$0.00** |
| Equals Net Mortgage/Rental Expense | **$1,460.00** |
| Housing and Utilities Adjustment | **$0.00** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

# Underlying Allowances

In re: **Maria D Gates**
      **Jose Manuel Ochoa**

Case Number:
Chapter:    **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | Chicago |
| Number of Vehicles Operated | **0** |
| Allowance | **$163.00** |
| **Local Standards: Transportation; Additional Public Transportation Expense** | |
| Transportation Region | **Not applicable** |
| Allowance (if entitled) | **Not applicable** |
| Amount Claimed | **Not applicable** |
| **Local Standards: Transportation; Ownership/Lease Expense** | |
| Transportation Region | Chicago |
| Number of Vehicles with Ownership/Lease Expense | **0** |

| | First Car | Second Car |
|---|---|---|
| Allowance | | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | | |
| Equals Net Ownership / Lease Expense | | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:                 §

**Maria D Gates**       §

**Jose Manuel Ochoa**    §      Case No. _____

                     §

       Debtor(s)       §      Chapter    **7**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☑   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐   *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: _03-14-08_     _____      _____

                          Maria D Gates                        Jose Manuel Ochoa

                          **Debtor**                               **Joint Debtor**

                          **Soc. Sec. No.**  **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**        **Soc. Sec. No.**  **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**

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: _____                     _____